UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO ALVARADO, | ) | 1: 04 CV F-5308 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S REQUEST |
| v. | ) | [DOC # 24] |
| | ) | |
| V. RAMIREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On August 12, 2004, the court entered a judgment in this case dismissing the action for failure to state a claim upon which relief can be granted.  On September 15, 2004, plaintiff filed an appeal with the Ninth Circuit Court of Appeal.  Plaintiff thereafter requested copies of court transcripts.  On January 4, 2005, the Court advised that there are no transcripts from this action as all orders were issued in writing without hearing.  On February 15, 2005, plaintiff filed a second request explaining that he was not seeking transcripts but rather copies of documents from his case.

///

///

///

1   Good cause appearing, plaintiff's request is HEREBY GRANTED. The Clerk is DIRECTED
2  to send plaintiff copies of the documents filed in his case.
3
4   IT IS SO ORDERED.
5   **Dated:   August 24, 2005**             **/s/ Dennis L. Beck**
    3c0hj8                                   UNITED STATES MAGISTRATE JUDGE